# EXHIBIT E

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Krista Hemming, Esq., SBN 304213<br>POTTER HANDY, LLP<br>100 Pine Street, Ste. 1250<br>San Francisco, CA 94111<br>　TELEPHONE NO.:　　　　　　　　FAX NO.:<br>　E-MAIL ADDRESS:<br>ATTORNEY FOR *(Name)*:　Hanna Yoseph | *For Court Use Only* |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF　Los Angeles<br>　STREET ADDRESS:　111 N Hills st.<br>　MAILING ADDRESS:<br>CITY AND ZIP CODE:　LA , 90012<br>　BRANCH NAME:　Stanleymosk | |
|---|---|

| PLAINTIFF / PETITIONER:　Hanna Yoseph<br>DEFENDANT / RESPONDENT:　WHALECO, Inc., | |
|---|---|

| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>25STCV16019 |
|---|---|

TO *(insert name of party being served)*:　Temu;

---

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

Date of mailing:　07/09/2025

Jagruti B

| (NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL) | (SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE) |
|---|---|

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing)*:

1. **[X]** A copy of the summons and of the complaint.
2. **[X]** Other *(specify)*:
   CIVIL COVER SHEET;ADR PACKAGE;

*(To be completed by recipient)*:

Date this form is signed:

LATHAM & WATKINS LLP
Alexander C.K. Wyman (Cal. Bar No. 295339)
355 South Grand Avenue, Suite 100 Los Angeles, CA 90071
Telephone: +1.213.485.1234
alex.wyman@lw.com

| (TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,<br>ON WHOSE BEHALF THIS FORM IS SIGNED) | (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF<br>ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY) |
|---|---|

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure<br>§§ 415.30, 417.10<br>*www.courtinfo.ca.gov* |
|---|---|---|

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | *For Court Use Only* |
|---|---|
| Krista Hemming, Esq., SBN 304213<br>POTTER HANDY, LLP<br>100 Pine Street, Ste. 1250<br>San Francisco, CA 94111<br>TELEPHONE NO.:                          FAX NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR *(Name)*:   Hanna Yoseph | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF    Los Angeles | |
|---|---|
| STREET ADDRESS:   111 N Hills st.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:   LA , 90012<br>BRANCH NAME:   Stanleymosk | |

| PLAINTIFF / PETITIONER:   Hanna Yoseph |
|---|
| DEFENDANT / RESPONDENT:   WHALECO, Inc., |

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>25STCV16019 |
|---|---|

TO *(insert name of party being served)*:   WHALECO, Inc.,

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing:   07/09/2025

Jagruti B
_____
(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)

_____
(SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing)*:

1.   [X]   A copy of the summons and of the complaint.
2.   [X]   Other *(specify)*:
         CIVIL COVER SHEET;ADR PACKAGE;

*(To be completed by recipient)*:

Date this form is signed:

Serrin Turner
P. Valenti
Avenue of the Americas New York
NY 10020
Telephone: +1.212.906.1200
serrin.turner@lw.com
matthew.valenti@lw.com1271
_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

_____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure<br>§§ 415.30, 417.10<br>*www.courtinfo.ca.gov* |
|---|---|---|

Exhibit E, Page 174